# M A N D A T E

**THE STATE OF TEXAS**

**TO THE COUNTY COURT AT LAW NO. 3 OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on August 23, 2017, the cause upon appeal to revise or reverse your judgment between

City of San Antonio, Appellant

V.

Britnee Amber Reyes and Stephanie Aguirre, Appellee

No. 04-16-00748-CV and Tr. Ct. No. 2015CV05655

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's order denying the City's plea to the jurisdiction is REVERSED. Judgment is RENDERED dismissing this cause for lack of jurisdiction.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on November 1, 2017.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-16-00748-CV

## City of San Antonio

**v.**

## Britnee Amber Reyes and Stephanie Aguirre

(NO. 2015CV05655 IN COUNTY COURT AT LAW NO. 3 OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | N/A |
| STATEWIDE EFILING FEE | $30.00 | E-PAID | BARBARA WAGNER |
| FILING | $100.00 | E-PAID | BARBARA WAGNER |
| INDIGENT | $25.00 | E-PAID | BARBARA WAGNER |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | BARBARA WAGNER |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, KEITH E. HOTTLE, CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this November 1, 2017.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853